UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STANLEY CHANCE        : 3:03CV37 (JCH)

VS.                   :

RED DOT AIRPORT       :
SHUTTLE               : APRIL 29, 2003

## PLAINTIFFS' MOTION TO TAKE JUDICIAL NOTICE

The plaintiff, Stanley Chance, in the above captioned ask the Court to take Judicial notice of the following facts:

On May 7, 2003 when the Amended compliant was served on opposing counsel, the plaintiff via the U.S. Marshal Service had the Amended complaint served on all defendants at their Four Season Road address in Fairfield, Connecticut which is the corporate offices of Transportation Suppliers Incorporated.

*[Handwritten margin note: Motion is denied. The court's review of the file indicates service was made on waivers for Red Dot, Tran. Suppliers, William Serba and Jeff Serba. So Ordered.]*

1