UNITED STATES DISCTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB -4 A 11: 59

| | | |
|---|---|---|
| STANLEY CHANCE, | : | Civil Action No. 03CV37STIPDISM |
| Plaintiff, | : | 3:03 CV 37 (JCH) |
| v. | : | |
| RED DOT AIRPORT SHUTTLE ET AL. | : | |
| Defendant. | : | February 3, 2004 |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), D. Conn. L. R. Civ. P. 41(b) the parties hereby stipulate to dismissal of the above captioned matter, with prejudice and without costs to either party.

THE PLAINTIFF: Stanley Chance

By: _____
Stanley Chance
*Pro Se*

Dated: February 3, 2004

THE DEFENDANTS:

By: _____
Jeffrey M. Sklarz, Esq.
ZEISLER & ZEISLER, P.C.
555 Clinton Avenue
P.O. Box 3156
Bridgeport, CT 06605-0186
(203) 368-4234
Fed. Bar. No. ct20938

Dated: February 3, 2004